```
BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARRYL JEROME ISOM, aka Daryl Jerome Banks, <br><br> Defendant. | CR. NO. 2:11-cr-033 WBS <br><br> STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE STATUS CONFERENCE |

    The United States of America, through Assistant United States Attorney Todd D. Leras, and the defendant Darryl Isom, through his counsel, William Bonham, stipulate and agree to continue the status conference, scheduled for August 19, 2013, to September 9, 2013, at 9:30 a.m.

    Attorney William Bonham was recently appointed to this case as replacement counsel for the Federal Defender's Office.  The government has provided Mr. Bonham with discovery in the case, but he has not yet had a reasonable opportunity to review it with his client given the timing of his appointment.  The government joins in the request given the circumstances presented by Mr. Bonham's recent

1  entry into the case.
2      The additional time is therefore needed for attorney
3  preparation and to provide sufficient time for defense counsel to
4  advise and confer with his client.  Both parties request that time
5  be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code
6  T-4 (attorney preparation).  The parties agree to an exclusion of
7  time for the reasons stated above up to and including September 9,
8  2013.
9      William Bonham has authorized Assistant U.S. Attorney Todd
10 Leras to sign this stipulation on his behalf.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: August 16, 2013         By: /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney


DATED: August 16, 2013         By: /s/ Todd D. Leras for
                                   WILLIAM BONHAM
                                   Attorney for Defendant

**ORDER**

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for August 19, 2013, is continued to September 9, 2013, at 9:30 a.m. Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including September 9, 2013.

DATED: August 16, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE