```
William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113

Attorney for defendant
DARRYL ISOM
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>DARRYL ISOM,<br><br>             Defendant. | No.  11-CR-0033 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING DATE AND MODIFY MOTION BRIEFING SCHEDULE** |

The defendant, DARRYL ISOM, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the motion hearing currently set for January 6, 2014 at 9:00 am be vacated and reset for February 24, 2014 at 9:00 am.

The parties further agree and request that the motion briefing schedule be modified as follows:

   Motions to be filed:  January 20, 2014

   Oppositions due:  February 10, 2014

   Reply due:  February 18, 2014

   Motion hearing: February 24, 2014

1

1       A continuance is necessary to provide counsel with
2  additional time for investigation, research, and preparation of
3  pre-trial motions, as well as, ongoing plea and sentencing
4  negotiations.
5       The parties stipulate that the failure to grant a
6  continuance in this matter would deny counsel reasonable time
7  necessary for effective preparation, taking into account the
8  exercise of due diligence; that the ends of justice served by
9  granting this continuance outweigh the best interest of the
10 public and the defendant in a speedy trial; and that time should
11 be excluded from the computation of time within which trial must
12 commence under the Speedy Trial Act from December 17, 2013, up to
13 and including February 24, 2014, pursuant to 18 U.S.C. § 3161
14 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
15 counsel reasonable time to prepare, and pursuant to 18 U.S.C. §
16 3161(h)(1)(D) and Local Code E upon the filing of motions.
17      I, William E. Bonham, the filing party, have received
18 authorization from AUSA William Wong to sign and submit this
19 stipulation and proposed order on their behalf.

Dated: December 17, 2013         BENJAMIN B. WAGNER
                                 United States Attorney

                                 By:/s/ WILLIAM BONHAM for
                                 WILLIAM WONG
                                 Assistant U.S. Attorney

Dated: December 17, 2013         By:/s/ WILLIAM BONHAM for
                                 WILLIAM BONHAM
                                 Counsel for defendant DARRYL ISOM

**ORDER**

IT IS SO ORDERED.  The motion hearing currently set for Monday, January 6, 2014 at 9:00 am is vacated and reset for Monday, February 24, 2014, at 9:00 a.m.  It is further ordered that the motion briefing schedule is modified as follows:

Motions to be filed:  January 20, 2014

Oppositions due:  February 10, 2014

Reply due:  February 18, 2014

Motion hearing: February 24, 2014

Based on the stipulation of the parties, I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, December 17, 2013, up to and including the date of the new motion hearing, January 6, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated:  December 18, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE