```
William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113

Attorney for defendant
DARRYL ISOM
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>DARRYL ISOM,<br><br>         Defendant. | No.  11-CR-0033 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING DATE AND MODIFY MOTION BRIEFING SCHEDULE** |

    The defendant, DARRYL ISOM, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the motion hearing currently set for February 24, 2014 at 9:00 am be vacated and reset for May 12, 2014 at 9:00 am.

    The parties further agree and request that the motion briefing schedule be modified as follows:

    Motions to be filed:  April 7, 2014

    Oppositions due:  April 28, 2014

    Reply due:  May 5, 2014

    Motion hearing: May 12, 2014 at 9:30 a.m.

1    A continuance is necessary to provide counsel with
2 additional time for investigation, obtaining supporting exhibits
3 and finalizing his motion.
4    The parties stipulate that the failure to grant a
5 continuance in this matter would deny counsel reasonable time
6 necessary for effective preparation, taking into account the
7 exercise of due diligence; that the ends of justice served by
8 granting this continuance outweigh the best interest of the
9 public and the defendant in a speedy trial; and that time should
10 be excluded from the computation of time within which trial must
11 commence under the Speedy Trial Act from February 21, 2014, up to
12 and including May 12, 2014, pursuant to 18 U.S.C. § 3161
13 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
14 counsel reasonable time to prepare, and pursuant to 18 U.S.C. §
15 3161(h)(1)(D) and Local Code E upon the filing of motions.
16    I, William E. Bonham, the filing party, have received
17 authorization from AUSA William Wong to sign and submit this
18 stipulation and proposed order on their behalf.
19
20 Dated: February 21, 2014        BENJAMIN B. WAGNER
                                   United States Attorney
21
                                   By:/s/ WILLIAM BONHAM for
22                                 WILLIAM WONG
                                   Assistant U.S. Attorney
23
24 Dated: February 21, 2014        By:/s/ WILLIAM BONHAM for
                                   WILLIAM BONHAM
                                   Counsel for defendant DARRYL ISOM
25
26
27
28

2

**ORDER**

IT IS SO ORDERED.  The motion hearing currently set for Monday, February 24, 2014 at 9:00 am is vacated and reset for Monday, May 12, 2014, at 9:00 a.m.  It is further ordered that the motion briefing schedule is modified as follows:

Motions to be filed:  April 7, 2014

Oppositions due:  April 28, 2014

Reply due:  May 5, 2014

Motion hearing: May 12, 2014 at 9:30 a.m.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, February 21, 2014, up to and including the date of the new motion hearing, May 12, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated:  February 21, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3