William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113

Attorney for defendant
DARRYL ISOM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DARRYL ISOM,<br><br>　　　　Defendant. | No.  11-CR-0033 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING DATE AND MODIFY MOTION BRIEFING SCHEDULE** |

　　　The defendant, DARRYL ISOM, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the motion hearing currently set for Monday, May 12, 2014 at 9:00 am be vacated and reset for Monday, July 21, at 9:30 am.

　　　The parties further agree and request that the motion briefing schedule be modified as follows:

　　　Motions to be filed:  Monday, June 2, 2014

　　　Oppositions due:  Monday, June 23, 2014

　　　Reply due:  Monday, July 14, 2014

　　　Motion hearing: Monday, July 21, 2014 at 9:30 a.m.

1

A continuance is necessary to provide counsel with additional time for investigation, obtaining supporting exhibits and finalizing his motion.

The parties stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from May 8, 2014, up to and including July 21, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare, and pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions.

I, William E. Bonham, the filing party, have received authorization from AUSA William Wong to sign and submit this stipulation and proposed order on their behalf.

Dated: May 8, 2014          BENJAMIN B. WAGNER
                            United States Attorney

                            By:/s/ WILLIAM BONHAM for
                            WILLIAM WONG
                            Assistant U.S. Attorney

Dated: May 8, 2014          By:/s/ WILLIAM BONHAM for
                            WILLIAM BONHAM
                            Counsel for defendant DARRYL ISOM

**ORDER**

IT IS SO ORDERED.  The motion hearing currently set for Monday, May 12, 2014 at 9:30 am is vacated and reset for Monday, July 21, 2014, at 9:30 a.m.  It is further ordered that the motion briefing schedule is modified as follows:

Motions to be filed:  Monday, June 2, 2014

Oppositions due:  Monday, June 23, 2014

Reply due:  Monday, July 14, 2014

Motion hearing: Monday, July 21, 2014 at 9:30 a.m.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, May 8, 2014 , up to and including the date of the new motion hearing, July 21, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated:  May 9, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE