```
 1  William E. Bonham, SBN: 55478
    Attorney at law
 2  Hotel de' France Bldg., Old Sacramento
    916 2nd Street, 2nd Floor
 3  Sacramento, CA 95814

 4  Telephone:(916) 557-1113
    Email: billbonham@mylaw.comcastbiz.net
 5
    Attorney for defendant, DARRYL ISOM
 6

 7
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No.  11-CR-0033 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING DATE AND MODIFY MOTION BRIEFING SCHEDULE** |
| DARRYL ISOM, | |
| Defendant. | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

The defendant, DARRYL ISOM, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the motion hearing currently set for Monday, July 21, 2014 at 9:30 am be vacated and reset for Monday, September 22, at 9:30 am.

The parties further agree and request that the motion briefing schedule be modified as follows:

Motions to be filed:  Monday, August 25, 2014

Oppositions due:  Monday, September 15, 2014

Reply due:  Monday, September 18, 2014

Motion hearing: Monday, September 22, 2014

// // //

1

A continuance is necessary to provide counsel with additional time for investigation, obtaining supporting exhibits and finalizing his motion.  The reason for this continuance request is that defense counsel has had a family crisis that began with his older brother's wife being suddenly hospitalized, in critical condition, on April 18, 2014, with severe liver disease. After extended-stay in intensive care unit, his sister-in-law was discharged to hospice care where she passed away on June 4, 2014. Services were held this last Saturday, July 12. During this time, defense counsel has had to give assistance and support to his brother and his niece, as well as had to relieve his brother(who is retired) of the day-to-day care for their 93-year-old father. Such demands has required defense counsel to be away from his office extensively, sometimes daily, and has not been able to complete the preparation of intended motions by the previous briefing schedule.

Additionally, defense counsel has had to continue several matters that are now due. After consulting with AUSA William Wong it was agreed continue the hearing on motions to September 22, 2014 and to set the briefing and motion schedule accordingly, as set forth above.

The parties stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the

exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from July 14, 2014, up to and including September 22, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare, and pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions.

    I, William E. Bonham, the filing party, have received authorization from AUSA William Wong to sign and submit this stipulation and proposed order on their behalf.

Dated: July 14, 2014        BENJAMIN B. WAGNER
                                  United States Attorney

                                  By:/s/ WILLIAM BONHAM for
                                  WILLIAM WONG
                                  Assistant U.S. Attorney

Dated: July 14, 2014            By:/s/ WILLIAM BONHAM for
                                  WILLIAM BONHAM
                                  Counsel for defendant DARRYL ISOM

**ORDER**

IT IS SO ORDERED.  The motion hearing currently set for Monday, July 21, 2014 at 9:30 am is vacated and reset for Monday, September 22, 2014, at 9:30 a.m.  It is further ordered that the motion briefing schedule is modified as follows:

Motions to be filed:  Monday, August 25, 2014

Oppositions due:  Monday, September 15, 2014

Reply due:  Monday, September 18, 2014

Motion hearing: Monday, September 22, 2014, 9:30 a.m.

The court finds that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, July 14, 2014 , up to and including the date of the new motion hearing, September 22, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions.  The court specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated:  July 18, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE