William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone :( 916) 557-1113

Attorney for defendant
DARRYL ISOM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DARRYL ISOM,<br><br>            Defendant. | No.  11-CR-0033 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING DATE AND MODIFY MOTION BRIEFING SCHEDULE** |

    The defendant, DARRYL ISOM, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the motion hearing currently set for Monday, September 22, 2014 at 9:30 am be vacated and reset for Monday, November 24, 2014 at 9:30 a.m.

    The parties further agree and request that the motion briefing schedule be modified as follows:

    Motions to be filed:  Monday, October 20, 2014

    Oppositions due:  Monday, November 10, 2014

    Reply due:  Monday, November 17, 2014

    Motion hearing: Monday, November 24, 2014 at 9:30 a.m.

1

1    A continuance is necessary to provide counsel with
2 additional time for investigation, obtaining supporting exhibits
3 and finalizing his motion.  The reason for putting the hearing
4 over several weeks is because of the backlog of cases,
5 particularly large, complex federal cases, that were put over
6 from this last spring & early summer due to counsel's personal
7 family matter.  I have several complex motions due as well as two
8 federal appellate briefs and 5 federal sentencing memorandums and
9 hearings due/ set in September, October & November.    I am the
10 lead attorney on a 15 defendant case <u>U.S. v. Bryan Schweder</u>, et
11 al (my client Leonardo Tapia) case no. 2:11-CR-00449 that was set
12 by the Court for evidentiary hearing on October 28, 2014, that is
13 estimated to go for at least 3 days.  This is a very extensive
14 motion to dismiss based on the constitutionality of federal
15 marijuana laws and the scheduling of marijuana as one of the most
16 dangerous narcotic. There are 7 expert witnesses scheduled to
17 testify that are coming from all parts of the United States.
18    The parties stipulate that the failure to grant a
19 continuance in this matter would deny counsel reasonable time
20 necessary for effective preparation, taking into account the
21 exercise of due diligence; that the ends of justice served by
22 granting this continuance outweigh the best interest of the
23 public and the defendant in a speedy trial; and that time should
24 be excluded from the computation of time within which trial must
25 commence under the Speedy Trial Act from September 19, 2014, up
26 to and including November 24, 2014, pursuant to 18 U.S.C. § 3161
27 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
28 counsel reasonable time to prepare, and pursuant to 18 U.S.C. §

1  3161(h)(1)(D) and Local Code E upon the filing of motions.
2       I, William E. Bonham, the filing party, have received
3  authorization from AUSA William Wong to sign and submit this
4  stipulation and proposed order on their behalf.

6  Dated: September 19, 2014        BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: /s/ WILLIAM BONHAM for
8                                   WILLIAM WONG
                                    Assistant U.S. Attorney

10 Dated: September 19, 2014        by: /s/ WILLIAM BONHAM for
                                    WILLIAM BONHAM
11                                  Counsel for defendant DARRYL ISOM

**ORDER**

IT IS SO ORDERED.  The motion hearing currently set for Monday, September 22, 2014 at 9:00 am is vacated and reset for Monday, November 24, 2014, at 9:00 a.m.  It is further ordered that the motion briefing schedule is modified as follows:

Motions to be filed:  Monday, October 20, 2014

Oppositions due:  Monday, November 10, 2014

Reply due:  Monday, November 17, 2014

Motion hearing: Monday, November 24, 2014 at 9:30 a.m.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, September 19, 2014 , up to and including the date of the new motion hearing, November 24, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

Dated:  September 19, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE