William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg., Old Sacramento
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DARRYL ISOM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  11-CR-0033 WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING DATE AND MODIFY MOTION BRIEFING SCHEDULE** |
| DARRYL ISOM, | |
| Defendant. | |

The defendant, DARRYL ISOM, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the motion hearing currently set for Monday, November 24, 2014 at 9:00 am be vacated and reset for Monday, February 23, 2015 at 9:00 am.

The parties further agree and request that the motion briefing schedule be modified as follows:

Motions to be filed:  Monday, January 5, 2015

Oppositions due:  Monday, February 9, 2015

Reply due:  Tuesday, February 17, 2015

Motion hearing: Monday, February 23, 2015

A continuance is necessary to provide defense counsel with

additional time to prepare a second motion as well as obtain exhibits in support of the motions.  The defense has had delay in locating and obtaining declaration of two imperative witnesses in support of motion for delay in prosecution in violation of the sixth amendment of a case that that occurred on July 18, 2010 but where the defendant was not arrested until August 7 of 2013. The defendant was released on July 20 after the Sacramento County District Attorney rejected the case.  The indictment was filed on January 27, 2011.   Defense has done an extensive investigation to establish basis under the four factor test of *Barker v. Wingo.* The defense was delayed in locating, interviewing and obtaining signatures of witness declarations in support of the motion.

   The parties stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from November 21, 2014, up to and including February 23, 2015, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare, and pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions.

   I, William E. Bonham, the filing party, have received authorization from AUSA William Wong to sign and submit this stipulation and proposed order on their behalf.

```
Dated: November 21, 2014        BENJAMIN B. WAGNER
                                United States Attorney

                                By: /s/ WILLIAM BONHAM for
                                WILLIAM WONG
                                Assistant U.S. Attorney


Dated: November 21, 2014        By: /s/ WILLIAM BONHAM for
                                WILLIAM BONHAM
                                Counsel for defendant DARRYL ISOM
```

**ORDER**

IT IS SO ORDERED.  The motion hearing currently set for Monday, November 24, 2014 at 9:00 am is vacated and reset for Monday, February 23, 2015, at 9:00 a.m.  It is further ordered that the motion briefing schedule is modified as follows:

Motions to be filed:  Monday, January 5, 2015

Oppositions due:  Monday, February 9, 2015

Reply due:  Tuesday, February 17, 2015

Motion hearing: Monday, February 23, 2015

Court finds that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, November 21, 2014 , up to and including the date of the new motion hearing, February 23, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions.  Court specifically finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

Dated:  November 24, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4