William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg., Old Sacramento
916 2nd Street, 2nd Floor
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DARRYL ISOM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  11-CR-0033 WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING DATE AND MODIFY MOTION BRIEFING SCHEDULE** |
| DARRYL ISOM, | |
| Defendant. | |

   The defendant, DARRYL ISOM, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the motion hearing currently set for Monday, February 23, 2015 at 9:30 am be vacated and reset for Monday, April 6, 2015 at 9:30 am.

   The parties further agree and request that the motion briefing schedule be modified as follows:

   Additional Motions, if any, to be filed: Tuesday, February 17, 2015

   Oppositions due:  Monday, March 23, 2015

   Reply due:  Monday, March 30, 2015

1

1          Motion hearing: Monday, April 6, 2015
2          When defense counsel requested additional time last November
3     to file the defendant's motion, counsel for the government made
4     it very clear to defense counsel that he was scheduled to be in
5     trial beginning February 2, 2015 and would need a couple of weeks
6     to adequately respond to the defense motion.  The parties agreed
7     to the defense filing its motion by January 5, 2015, thus, giving
8     the government sufficient time to respond by February 5,
9     2015.  Because defense counsel needed additional time to properly
10    research and write the defendant's motion for dismissal based on
11    speedy trial grounds, he was unable to complete this task and
12    timely file the defendant's motion by the due date of January 5,
13    2015.  Due to his late filing on January 26, 2015, defense
14    counsel is requesting a change of the law and motion schedule to
15    allow the government sufficient time to properly respond.
16         The defense has had delays in investigation and preparation
17    of the Motion to dismiss has involved extensive investigation
18    outside of the Sacramento area and in the Northern District of
19    California as well as here in Sacramento, including the locating,
20    interviewing and obtaining signatures of two witnesses
21    declarations in support of the motion as well as obtaining the
22    certified copies of two death certificates of witnesses who
23    passed during the time of delay.
24         The Motion for Delay in Prosecution in violation of the
25    sixth amendment has been now filed. The alleged conduct and facts
26    of the case occurred on July 18, 2010 when defendant was arrested
27    by Sacramento PD but was released on July 20, 2010 after the
28    Sacramento County District Attorney rejected the case.  Although

a federal indictment charging for the same alleged conduct was filed on January 27, 2011, the defendant was not arrested until August 7, 2013. Defense has done an extensive investigation to establish basis under the four factor test of *Barker v. Wingo.* The preparation of the Motion to Dismiss was completed and filed on January 26, 2015.  The current briefing schedule made motions due January 5, 2015 and the government's response due February 9, 2015.

    The parties stipulate that the that the ends of justice are served by granting this continuance and such continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from February 23, 2015, up to and including April 6, 2015, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare, and pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions.

    I, William E. Bonham, the filing party, have received authorization from AUSA William Wong to sign and submit this stipulation and proposed order on their behalf.

Dated: February 6, 2015        BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ WILLIAM BONHAM for
                                       WILLIAM WONG
                                       Assistant U.S. Attorney

Dated: February 6, 2015        By: /s/ WILLIAM BONHAM for
                                       WILLIAM BONHAM
                                       Counsel for defendant DARRYL ISOM

**ORDER**

IT IS SO ORDERED. The motion hearing currently set for Monday, February 23, 2015 at 9:30 am is vacated and reset for Monday, April 6, 2015, at 9:30 a.m. It is further ordered that the motion briefing schedule is modified as follows:

Additional Motions, if any, to be filed: Tuesday, February 17, 2015

Oppositions due: Monday, March 23, 2015

Reply due: Monday, March 30, 2015

Motion hearing: Monday, April 6, 2015 at 9:30 a.m.

Court finds that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, February 23, 2015 , up to and including the date of the new motion hearing, April 6, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions. Court specifically finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

Dated: February 9, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4