```
William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg., Old Sacramento
916 2nd Street, 2nd Floor
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DARRYL ISOM
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DARRYL ISOM,<br><br>            Defendant. | No.  11-CR-0033 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING DATE AND MODIFY MOTION BRIEFING SCHEDULE** |

The defendant, DARRYL ISOM, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the motion hearing currently set for Monday, April 6, 2015 at 9:30 am be vacated and reset for Tuesday, May 26, 2015 at 9:30 am.

The parties further agree and request that the motion briefing schedule be modified as follows:

Opposition due:  Friday, April 10, 2015

Reply due:  Monday, May 18, 2015

Motion hearing: Tuesday, May 26, 2015, at 9:30 am.

A continuance is necessary because defense counsel is currently in trial in Sacramento County Superior Court in the

1

1  matter of People v. Aguilera, case no. 11F06897, and the trial is
2  expected to last at least 2 weeks.  In addition, AUSA William
3  Wong will be out of the office and out of the state from
4  approximately April 13, 2015 to May 20, 2015 while dealing with a
5  personal/ medical matter.
6       The parties further stipulate that the failure to grant a
7  continuance in this matter would deny counsel reasonable time
8  necessary for effective preparation, taking into account the
9  exercise of due diligence; that the ends of justice served by
10 granting this continuance outweigh the best interest of the
11 public and the defendant in a speedy trial; and that time should
12 be excluded from the computation of time within which trial must
13 commence under the Speedy Trial Act from March 24, 2015, up to
14 and including May 26, 2015, pursuant to 18 U.S.C. § 3161
15 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
16 counsel reasonable time to prepare, and pursuant to 18 U.S.C. §
17 3161(h)(1)(D) and Local Code E upon the filing of motions.
18      I, William E. Bonham, the filing party, have received
19 authorization from AUSA William Wong to sign and submit this
20 stipulation and proposed order on his behalf.

21 Dated: March 24, 2015          BENJAMIN B. WAGNER
                                  United States Attorney
22
                                  By: /s/ WILLIAM BONHAM for
23                                WILLIAM WONG
                                  Assistant U.S. Attorney
24

25 Dated: March 24, 2015          By: /s/ WILLIAM BONHAM for
                                  WILLIAM BONHAM
26                                Counsel for defendant DARRYL ISOM

27

28

2

**ORDER**

The motion hearing currently set for Monday, April 6, 2015 at 9:30 am is vacated and reset for Monday, May 26, 2015, at 9:30 am. It is further ordered that the motion briefing schedule is modified as follows:

Oppositions due:  Friday, April 10, 2015

Reply due:  Monday, May 18, 2015

Motion hearing: Tuesday, May 26, 2015, at 9:30 am.

Court finds that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, March 24, 2015, up to and including the date of the new motion hearing, May 26, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions.  The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

**IT IS SO ORDERED.**

Dated:  March 24, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3