BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 11-CR-0033 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING |
| v. | |
| DARRYL ISOM, | Date: May 26, 2015<br>Time: 9:30 a.m.<br>Room: 14th Floor, #5 |
| Defendant. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant DARRYL ISOM, through his counsel, William Bonham Esq., stipulate and agree to the following briefing schedule and hearing regarding the defendant's motion for dismissal based on Speedy Trial grounds:

1. Government's response shall be filed no later than May 29, 2015;

2. Defendant's reply, if any, shall be filed no later than June 8, 2015;

3. Hearing on the matter is to be set on June 15, 2015.

The assigned counsel for the government, Assistant U.S. Attorney William S. Wong, just completed researching and writing the Government's response brief which was due on April 10, 2015 to the Ninth Circuit Court of Appeals in <u>United States v. Huy Chi Luong</u>, C.A. No. 13–10492. The trial in that matter lasted approximately 3 weeks involving numerous counts of money laundering with the specified unlawful activity being armed robberies of computer chip companies. Additionally, counsel

STIPULATION AND
[PROPOSED] ORDER

1

for the government needs time to prepare for oral argument in the case of <u>United States v. John That Luong, et al</u>, which is scheduled in the Ninth Circuit Court of Appeals for April 13, 2015.  The trial in that matter was very complex and lasted approximately 3 months involving four defendants charged with conspiracy to commit Hobbs Act robberies, use of firearms, and felony murder committed during the course of one of the Hobbs Act robbery with the use of a firearm.

Counsel for the government will be out-of-state beginning on April 14 and returning to California on May 20, 2015.  Upon counsel's return to the office, time is needed for the government to conduct further legal research and write its response to the defendant's motion for reduction of sentence.

Counsel for the government has communicated this briefing schedule telephonically with defendant's counsel, William Bonham, who does not oppose the government's reasonable request to set the briefing schedule to allow the government to file its response on May 29, 2015.  Accordingly, the parties stipulate to the above law and motion schedule and request that the court consider scheduling a hearing on this matter on June 15, 2015.

Dated:  April 14, 2015                                   BENJAMIN B. WAGNER
                                                         United States Attorney


                                                   By:   /s/ WILLIAM S. WONG
                                                         WILLIAM S. WONG
                                                         Assistant United States Attorney


Dated:  April 14, 2015


                                                   By:   /s/ WILLIAM BONHAM
                                                         WILLIAM BONHAM
                                                         Attorney for the Defendant

STIPULATION AND
[PROPOSED] ORDER

2

BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 11-CR-0033 WBS |
|---|---|
| Plaintiff, | ORDER TO SET BRIEFING SCHEDULE AND HEARING |
| v. | |
| DARRYL ISOM, | |
| Defendant. | |

      IT IS SO ORDERED.  The motion hearing currently set for Tuesday, May 26, 2015 at 9:30 a.m. is vacated and reset for Monday, June 15, 2015, at 9:30 a.m.  It is further ordered that the motion briefing schedule is modified as follows:

      Government's opposition to be filed: Friday, May 29, 2015;

      Reply, if any, due: Monday, June 8, 2015;

      Motion hearing: Monday, June 15, 2015 at 9:30 a.m.

      Court finds that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, May 26, 2015, up to and including the date of the new motion hearing, June 15, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18

1  U.S.C. § 3161(h)(1)(D) and Local Code E based on the filing of motions.  Court specifically finds that
2  the ends of justice served by granting this continuance outweigh the best interest of the public and
3  defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local
4  Codes T4 and E.

5  Dated:  April 14, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND
[PROPOSED] ORDER

4