William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg., Old Sacramento
916 2nd Street, 2nd Floor
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DARRYL ISOM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:11-CR-0033 WBS |
|---|---|
| Plaintiff, | |
| v | **STIPULATION AND ORDER TO CONTINUE MOTION HEARING DATE AND MODIFY MOTION BRIEFING SCHEDULE** |
| DARRYL ISOM, | |
| Defendant. | |

The defendant, DARRYL ISOM, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the motion hearing currently set for Monday, July 13 at 9:30 am be vacated and reset for Monday, August 10, 2015 at 9:30 am.

The parties further agree and request that the motion briefing schedule be modified as follows:

Opposition due:  Monday, July 20, 2015

Reply due:  Monday, August 3, 2015

Motion hearing: Monday, August 10, 2015, at 9:30 am.

A continuance is necessary to allow the parties additional time for negotiations toward possible settlement. The government

1

1  and the defendant's counsel have been discussing tentative
2  resolution to the case. The parties have just concluded renewed
3  discussion with a new offer to resolve the case short of the
4  hearing on the motion. The government needs additional time to
5  evaluate the most recent negotiated counter offer.  This
6  tentative offer must be approved by the assigned prosecutor's
7  supervisor and the defendant. Counsel for the defendant would
8  like time to discuss this with the defendant.  The parties are
9  attempting to avoid the risks of further litigation by resolving
10 the case by way of settlement. Counsel for the defendant feels it
11 is in the best interests of the defendant to request this
12 continuance with the goal of settlement.
13    The parties further stipulate that the failure to grant a
14 continuance in this matter would deny counsel reasonable time
15 necessary for effective preparation, taking into account the
16 exercise of due diligence; that the ends of justice served by
17 granting this continuance outweigh the best interest of the
18 public and the defendant in a speedy trial; and that time should
19 be excluded from the computation of time within which trial must
20 commence under the Speedy Trial Act from July 13, 2015, up to and
21 including August 10,, 2015, pursuant to 18 U.S.C. § 3161
22 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
23 counsel reasonable time to prepare, and pursuant to 18 U.S.C. §
24 3161(h)(1)(D) and Local Code E while this motion remains pending
25 before the Court.
26    I, William E. Bonham, the filing party, have received
27 authorization from AUSA William Wong to sign and submit this
28 stipulation and proposed order on his behalf.

Dated: June 24, 2015        by: /s/ WILLIAM BONHAM
                            WILLIAM BONHAM
                            Counsel for defendant DARRYL ISOM


Dated: June 24, 2015        BENJAMIN B. WAGNER
                            United States Attorney


                            By: /s/ WILLIAM BONHAM for
                            WILLIAM WONG
                            Assistant U.S. Attorney

**ORDER**

The motion hearing currently set for Monday, July 13, 2015 at 9:30 am is vacated and reset for Monday, August 10, 2015, at 9:30 am. It is further ordered that the motion briefing schedule is modified as follows:

Opposition due: Monday, July 20, 2015

Reply due: Monday, August 3, 2015

Court finds that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, June 24, 2015, up to and including the date of the new motion hearing, August 10, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local Code E while this motion remains pending before the Court. The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A)and(B)(IV) and Local Code T-4.

**IT IS SO ORDERED.**

**Dated: June 24, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE