BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRYL ISOM,<br><br>Defendant. | CASE NO. 11-CR-0033 WBS<br><br>AMENDED STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING<br><br>Date: March 21, 2016<br>Time: 9:00 a.m.<br>Court: The Hon. William B. Shubb |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant DARRYL ISOM, through his counsel, William Bonham Esq., stipulate and agree to the following revised sentencing hearing currently set for March 21, 2016, at 9:00 a.m. to a new sentencing hearing date of April 18, 2016, at 9:00 a.m.

Counsel for the government, however, has been unable to adequately research and file the Government's response to the defendant's Sentencing Memorandum and Motion to Correct the Presentence Report. Counsel for the government is in the process of filing the Government's opposition to the defendant's § 2255 petition in in United States v. Heffington, CRF 93 – 5021- LJO, which is due to be filed on March 18, 2016; the Government's opposition to the defendant's Motion to Dismiss Counts in the Indictment in United States v. John That Luong, CRS 99 – 433 – WBS which was filed

STIPULATION AND
[PROPOSED] ORDER

1

on March 16, 2016; and preparing a joint Sentencing Agreement in <u>United States v. Danny Leung</u>, CRS 96 – 350 – WBS, which was filed on March 16, 2016.

Counsel for the government has conducted most of the legal research in the instant case, but needs additional time to complete the research and write the response to the defendant's Sentencing Memorandum and Motion to Correct the Presentence Report.

Counsel for the defendant was contacted and has no objection to this request to change the sentencing hearing date to April 18, 2016, at 9:00 a.m.

Dated: March 17, 2016                                BENJAMIN B. WAGNER
                                                     United States Attorney

                                                By:  /s/ WILLIAM S. WONG
                                                     WILLIAM S. WONG
                                                     Assistant United States Attorney

Dated: March 17, 2016

                                                By:  /s/ WILLIAM BONHAM
                                                     WILLIAM BONHAM
                                                     Attorney for the Defendant

STIPULATION AND
[PROPOSED] ORDER                                2

1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 11-CR-0033 WBS

12                  Plaintiff,          ORDER TO SET SENTENCING HEARING

13         v.

14  DARRYL ISOM,

15                  Defendant.

16

17         IT IS SO ORDERED.

18

19
           For the reasons set forth above, the sentencing hearing dates is now changed to April 18,
20
    2016, at 9:00 a.m.
21
    Dated: March 17, 2016
22                                              _____
                                                WILLIAM B. SHUBB
23                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28

    STIPULATION AND                    3
    [PROPOSED] ORDER