BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00033-WBS |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| DARRYL JEROME ISOM, aka DARRYL BANKS, | |
| Defendant. | |

WHEREAS, on August 20, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Darryl Jerome Isom forfeiting to the United States the following property:

a.   One Ruger, .22 caliber semiautomatic rifle, model 10/22 carbine, serial number 254-95578, and two high capacity magazines and ammunition that were attached to the rifle.

AND WHEREAS, beginning on August 26, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, no third party has filed a claim to the subject property and the time for

any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.     A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed asset pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Darryl Jerome Isom.

2.     All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3.     The Bureau of Alcohol, Tobacco, Firearms, and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated:  May 6, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture